| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
| :--- | :---: | :--- |
| | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:24-CR-11-MAC |
| | § | |
| | § | |
| SONJA GALE LILLY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Petitioners, Angelina County, Texas, Angelina College District, and Lufkin Independent School District, ("Taxing Authorities"), filed a Petition for Adjudication of Interest in Property (#45) at 6938 US Highway 69S., Lufkin, Texas, which is subject to forfeiture in this case. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge entered a Report and Recommendation (#46) in which she recommended granting the petition. The Government filed a Stipulation (#49) stating that it and the Taxing Authorities have agreed that the property at issue is subject to forfeiture and the Taxing Authorities have a valid interest in the property. To date, the parties have not filed objections to the Report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate

Judge (#46) is **ADOPTED**.  A Final Order of Forfeiture will be entered separately pursuant to this Order and the parties' Stipulation.

  SIGNED at Beaumont, Texas, this 19th day of March, 2025.

              _____
                MARCIA A. CRONE
              UNITED STATES DISTRICT JUDGE